UNITED SATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JEANETTE & JOSE CORDERO**, | : |
| Plaintiffs, | : CIVIL NO. 1:18-CV-09761-JHR-AMD |
| v. | : |
| **SOUTH JERSEY GASTROENTEROLOGY & THE ENDOCENTER AT VOORHEES** | : **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | : |

The above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all counts and claims are voluntarily dismissed with prejudice and without costs as to defendant South Jersey Gastroenterology only.

**Litchfield Cavo LLP**
*An Illinois Limited Liability Partnership*

By: */s/ Clara R. Smit*
    Clara R. Smit, Esquire
    100 Horizon Center Blvd
    Hamilton, New Jersey 08691
    (732) 843-6600
    crsmitlaw@aol.com
    Counsel for Plaintiffs, Jeanette and Jose Cordero

Date: November 13, 2019

By: */s/ John D. Shea*
    John D. Shea
    457 Haddonfield Road, Suite 200
    Cherry Hill, NJ 08002
    (856) 854-3636
    shea@litchfieldcavo.com
    Counsel for Defendant, South Jersey Gastroenterology

Date: November 13, 2019

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused a copy of the foregoing Stipulation of Voluntary Dismissal With Prejudice to be filed with the United States District Court for the District of New Jersey through the electronic filing service system ("ECF") on November 13, 2019 and that all counsel of record were served through the ECF system.

                                                            BY:    /s/ *John D. Shea*
                                                                                  John D. Shea, Esquire
                                                                                   Attorneys for Defendant, South Jersey Gastroenterology

Dated:  November 13, 2019